**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
July 24, 2017
David J. Bradley, Clerk

| | |
|---|---|
| HORACE DEMAR, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-320 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# ORDER

Petitioner Horace Demar, an inmate in the Texas Department of Criminal Justice – Correctional Institutions Division currently incarcerated at the McConnell Unit in Beeville, Texas, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 alleging that his right to due process was violated in a prison disciplinary hearing which resulted in the imposition of punishment. Dkt. No. 1. The Court has before it Respondent's motion for summary judgment,[1] Dkt. No. 14, and the Memorandum and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), Dkt. No. 15 ("M&R"). The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R at 10 (advising parties of 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations; **GRANTS** Respondent's motion for summary judgment, Dkt. No. 14; **DISMISSES** the petition for a writ of habeas corpus, Dkt. No. 1; and **DENIES** Petitioner a certificate of appealability. The Clerk shall close this case after entering the accompanying judgment.

SIGNED this 24th day of July, 2017.

_____
Hilda Tagle
Senior United States District Judge

---

[1] Petitioner did not respond to this motion.